# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Leila Cruz,                                            Civil No. 20-2113 (DWF/DTS)

        Plaintiff,

v.                                                                  **ORDER**

Best Buy, et al.,

        Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated January 12, 2021 (Doc. No. 5). No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge and upon all the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Schultz's January 12, 2021 Report and Recommendation (Doc. No. [5]) is **ADOPTED**.

2. This case is properly **TRANSFERRED** to the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1406(a).

3. The Clerk of Court shall **TRANSFER** this case to the United States District Court for the District of Colorado consistent with this order.

2

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 29, 2021         <u>s/Donovan W. Frank</u>
                                 DONOVAN W. FRANK
                                 United States District Judge